Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
Michael W. Stoltzman, Jr., Bar No. 263423
Chris S. Pacetti, Bar No. 231968
THE RYAN FIRM
A Professional Corporation
2603 Main St, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Plaintiff Source Capital Funding, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Source Capital Funding, Inc., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Barrett Financial Group, L.L.C., an Arizona Limited Liability Company; Search Control, an Unknown Entity; and Does 1 through 10, inclusive, <br><br> Defendants. | CASE NO.:  **'23CV0411 TWR WVG** <br><br> **COMPLAINT FOR:** <br><br> **(1) Submission of False DMCA Notices, 17 U.S.C. § 512(f)** <br> **(2) Tortious Interference with Prospective Economic Advantage** <br> **(3) Unfair Competition Under Bus. & Prof. Code § 17200** <br> **(4) Declaratory Relief** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

THE RYAN FIRM
A Professional Corporation

1

**COMPLAINT**

Plaintiff, Source Capital Funding, Inc., a California corporation, hereby sues Barrett Financial Group, L.L.C., an Arizona limited liability company, and Search Control, a business entity, form unknown, and Does 1 through 10, inclusive, and alleges as follows:

**JURISDICTION AND VENUE**

1.      This is a civil action seeking declaratory relief and damages and arises under the copyright laws of the United States, 17 U.S.C. §§ 101 et seq. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1332, and 2201, and the Declaratory Judgment Act, 28 U.S.C. § 2291.

2.      This Court also has jurisdiction under the Digital Millennium Copyright Act ("DMCA") pursuant to 17 U.S.C. § 512(g)(3)(D), which provides that "jurisdiction of Federal District Court for the judicial district in which the address of the [counter-notification subscriber] is located."

3.      This Court has supplemental jurisdiction of the state statutory and common law claims under 28 U.S.C. §§ 1338(b) and 1367(a). This complaint asserts claims for federal DMCA misrepresentation under 17 U.S.C. § 512(f), and for violation of California statutes (Business and Professions Code section 17200 et seq.), and claims under the common law of California.

4.      This Court has personal jurisdiction and venue is proper in this Court pursuant to 28 U.S.C. § 1391 since Defendants are, upon information and belief doing business in, and substantially all conduct occurred, within this District, in addition to maintaining offices within this District.

**THE PARTIES**

5.      Plaintiff, Source Capital Funding, Inc. ("Source Capital" or "Plaintiff") is a California corporation with its principal place of business at 600 W. Broadway Suite 700, San Diego, California 92101.

/ / /

THE RYAN FIRM
A Professional Corporation

6.     Plaintiff is informed and believes and thereon alleges that Defendant Barrett Financial Group, L.L.C. ("Barrett") is an Arizona limited liability company with its principal place of business at 2314 S. Val Vista Drive, Suite 201, Gilbert, Arizona 85295. On information and belief, Defendant maintains an office at 3207 Grey Hawk Ct Suite 110, Carlsbad, CA 92010.

7.     Plaintiff is informed and believes and thereon alleges that Defendant Search Control is a business entity of unknown form with its principal place of business at 2390 E. Camelback Road #130, Phoenix, Arizona 85016. Search Control is an agent of Barrett and operates in relation to the allegations of this lawsuit as such. Barrett retains the right to control Search Control and direct its activities concerning the allegations of this lawsuit. Further, Barrett and Search Control worked together to commit the wrongful acts alleged herein. Barrett is identified as the "Principal" of Search Control as submitted in the false DMCA notices that are the subject of this lawsuit.

8.     Plaintiff is ignorant of the true names and capacities of the Defendants sued herein as Does 1 through 10, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to include their true names and capacities when ascertained.

9.     Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged.

10.     Plaintiff is informed and believes and thereon alleges that each of the Defendants named in this Complaint, including Does 1 through 10, inclusive, was the agent, servant and employee of the remaining Defendants, and in doing the things herein alleged, was acting within the course and scope of said agency and employment.

11.     At all times herein mentioned, the unqualified use of the word "Defendants" shall refer to each Defendant named in the caption of this action, including Does 1 through 10, inclusive.

/ / /

COMPLAINT

**SUMMARY OF THE CASE**

12.     This is a civil action seeking declaratory relief and damages regarding a series of false DMCA copyright infringement claims/notices that Defendants Barrett and Search Control made against Source Capital to Google LLC ("Google"). The false claims resulted in the improper "takedown" of Plaintiff's most trafficked and visited webpages (https://hardmoneyfirst.com/california-hard-money-lender/ and https://hardmoneyfirst.com/arizona-hard-money-lender/ and caused irreparable harm to Plaintiff's business and reputation. Specifically, Defendants knowingly misrepresented in their DMCA notices that Source Capital—a competitor in the private money lending industry—is infringing on certain images and text being used by Defendants.

13.     The allegations of Defendants' DMCA notices are provably false. Source Capital's banner and text was created by Source Capital long before Barrett's websites (http://hardmoneylenderscalifornia.com/ and http://hardmoneylendersarizona.com/) ever used the banner and text. Source Capital was using its banner and text, which was the subject of the false DMCA notice, at times when Barrett's websites did not even exist.

14.     Defendants knew their DMCA notices were false. They nonetheless filed them against a competitor of Barrett's in an ill-conceived and transparent campaign to obstruct Source Capital's ability to market itself and obtain leads through online advertising, and thereby stifle competition.

15.     In addition, Defendant Barrett has also engaged in a campaign to unfairly compete and mislead consumers about a number of other matters. Specifically, Barrett misrepresents that it is a member of the American Association of Private Lenders ("AAPL"). AAPL is a trade organization for private money lenders that requires its members to abide by a certain code of ethics as a requirement for membership. Barrett further misrepresents that it is a member of the Arizona Commercial Mortgage Lenders Association; this is also false. Barrett also falsely claims on its website that it is "accredited" by the Better Business Bureau. False advertising such as this is a violation of 12 C.F.R. §1014.3(n) concerning misrepresentations related to certain "associations"

that Barrett claims to have with other organizations. Barrett's acts in this regard are part and parcel of its scheme to engage in unfair competition in the private money lending marketplace, with Source Capital as its primary target.

## STATEMENT OF FACTS

16.     Source Capital is a California private money lender that has been in business since 2007. Since its inception, Source Capital has funded over $400 million in commercial and residential loans secured by real estate. Source Capital is state and federally licensed to do business and make loans in Arizona, California, Minnesota and Texas, and Colorado.

17.     Source Capital is informed and believes and thereon alleges that Barrett is a mortgage broker headquartered in Arizona doing business in California and nationwide in 49 states, and a direct competitor to Source Capital in the hard money lending space.

18.     Source Capital is informed and believes and thereon alleges that Search Control is a digital marketing agency headquartered in Arizona and doing business in Arizona and California, and was retained by Barrett during the time period relevant to this Complaint. According to Search Control's website, it performs services related to website design and development, search engine optimization ("SEO"), Pay-Per-Click ("PPC") advertising, Google Business Profile Management, and content marketing. Among other claims, Search Control states on its website: "**We are Google experts**, and we have a tremendous amount of experience helping businesses of all sizes across multiple industries. That way, we can make sure you are getting the most out of your online presence. If you work with us, we can help you increase your rankings, drive traffic, and put your Google Business Profile to work for you!" (Emphasis in original.)

19.     Source Capital prides itself in its client service, particularly its ability to quickly fund loans and make the hard money loan process efficient. As a result, it is an A+ Accredited Business with the Better Business Bureau ("BBB") since 2010 and a 5-Star rated Google, Yelp and Zillow lender.

/ / /

THE RYAN FIRM
A Professional Corporation

THE RYAN FIRM
A Professional Corporation

20.     Like many businesses, Source Capital relies on internet marketing and web-based generated leads.

21.     In addition, many businesses that advertise online also invest in search optimization to ensure that their websites are optimized for priority search terms that can result in higher rankings (meaning that these businesses' webpages/URLs appear higher in the search results), and increased traffic and conversions.

22.     Source Capital's business is heavily driven by its investment in online advertising. As a result, advertising and search optimization is a major expense for Source Capital. In fact, Source Capital spent several hundred thousand dollars for banner ads and Google search optimization in the last quarter of 2022. The vast majority of Source Capital's leads and resulting business are generated via this online advertising.

**Defendants' Fraudulent DMCA Notices**

23.     On or about October 31 and November 3, 2022, Defendants filed false DMCA notices with Google relating to Source Capital's use of a banner containing text and certain images on Source Capital's website, hardmoneyfirst.com. The banner that was being used by Source Capital is set forth below:



24.     Defendants claimed in the DMCA notices that Source Capital's banner and text infringed on copyrighted material from Barrett's websites. Specifically, these websites are:

- hardmoneylenderscalifornia.com

6

1    • hardmoneylendersarizona.com

2    Notably, the names of Barrett's websites are confusingly similar to that of the

3    URLs used by Source Capital for years, including but not limited to

4    hardmoneyfirst.com/california-hard-money-lender.com and hardmoneyfirst.com/arizona-

5    hard-money-lender.com.

6    25.    Defendants claimed in their DMCA notices to Google that "4 content boxes

7    near top of their page, beginning with 'Rates starting at 7.99%, up to 70% LTV . . .' are

8    copied identically from our website." Furthermore, Defendants claimed in the DMCA

9    notices that "[t]he original copyrighted text can be found on our website's homepage . . ."

10   Attached hereto as Exhibits 1-3 are copies of the respective public records of the DMCA

11   notices.

12   26.    Source Capital, however, originally created the banner at issue and has been

13   using it since at least 2015. This was well before Barrett and/or Search Control started

14   using the banner. As further evidence that that the banner was copied from Source

15   Capital, the banner on Barrett's websites indicate that Barrett is an accredited member of

16   the Better Business Bureau ("BBB"), which Source Capital is, and Barrett is not.

17   27.    In fact, Source Capital's investigation revealed that there is no instance of

18   the banner on Barrett's websites as of 2018. Additionally, Barrett's website,

19   hardmoneylenderscalifornia.com did not even exist in 2016. Therefore, it is undisputable

20   that Source Capital originally used the banner and text to which Barrett falsely claims it

21   owns a copyright. Accordingly, Defendants' assertions made in the DMCA notice are

22   knowingly false and merely part of a plan concocted by Defendants to damage and

23   compromise Source Capital's ability to market through the use of its website and digital

24   traffic.

25   28.    As a direct response to Defendants' false and misrepresented DMCA

26   claims, Google delisted and/or subsequently deindexed several of Source Capital's

27   webpages, in addition to Google compromising Source Capital's ability to market and

28   drive traffic to its other webpages. As a result of Defendants' false and misrepresented

THE RYAN FIRM
A Professional Corporation

claims, and Google's resultant delisting and subsequent deindexing of Source Capital's webpages, Source Capital suffered irreparable harm to its reputation and further damage to its business, including but not limited to the deindexing of its websites, as identified herein.

29.     Based on the foregoing, Defendants' fraudulent DMCA notices caused immense damage to Source Capital's business and affected Source Capital's ability to market online and generate leads. Likewise, Defendants' false DMCA notices were specifically designed to harm and damage Barrett's competitor, Source Capital, during one of the busiest times of the year for Source Capital. Moreover, DMCA filings are public record. DMCA filings are public record and anyone doing their due diligence on Source Capital could easily make a decision from Defendants' false filing to not do business with Source based on this fact alone.

30.     There is no question that Defendants acted intentionally and with malice in filing their false DMCA notices. Defendants specifically targeted selective pages on Source Capital's websites that have historically been the most visited and highly trafficked. Defendants undoubtedly sought to have those pages taken down in order to inflict maximum damage and illegally divert as much potential business from Source Capital as possible.

31.     Source Capital has suffered irreparable harm and damage as a result of Defendants' malicious and outrageous acts. Due to Defendants' false DMCA notices and Google's resultant removal of Source Capital's webpages, Source Capital experienced a drastic decline in website traffic and leads during its busiest times of year, which translates into lost revenue and actual damages caused by Defendants.

32.     Additionally, Source Capital spends a significant amount of money with its digital marketing agency in managing its online advertising, including its Pay-per-click ("PPC") and SEO campaigns. Indeed, it took Source Capital years and hundreds of thousands of dollars to get to the top of Google's rankings, and now it is forced to start all over again. It could possibly take years and another significant influx of capital for

1    Source Capital to reestablish its ranking. As a small three-person firm, Source does not

2    have the resources to accomplish this like a larger firm like Barrett would. Additionally,

3    Source Capital's relationship with Google has been tarnished and compromised.

4        33.    Defendants are responsible for Source Capital's damages including, but not

5    limited to, costs incurred with Google and fees paid to Source Capital's third party

6    internet marketing firm. The DMCA prohibits the filing of false DMCA claims and

7    provides for damages, attorneys fees and costs to an aggrieved party. Specifically,

8    Section 512(f) of the DMCA provides in pertinent part that "[a]ny person who knowingly

9    materially misrepresents under this section – (1) that material or activity is infringing . . .

10   shall be liable for any damages, including costs and attorneys' fees, incurred by the

11   alleged infringer, by any copyright owner or copyright owner's authorized licensee, or by

12   a service provider, who is injured by such misrepresentation, as the result of the service

13   provider relying upon such misrepresentation in removing or disabling access to the

14   material or activity claimed to be infringing . . . ."

15        **Defendant Barrett's Unfair Business Practice of False Advertising**

16       34.    Separately, Defendant Barrett has been engaging in false and deceptive

17   advertising further aimed at stifling competition. Barrett misrepresents that it is a member

18   of the American Association of Private Lenders ("AAPL") and the Arizona Commercial

19   Mortgage Lenders Association ("ACMLA"). This is false, as Barrett is not a member of

20   either of these organizations. In addition, Barrett also falsely claims that it is an

21   "Accredited Business" with the BBB, which is also false. These false representations

22   about the various associations are a violation of 12 C.F.R. §1014.3(n) and in every State

23   Barrett does business in. Indeed, false advertising in the mortgage lending business is

24   regulated heavily in each State.

25   / / /

26   / / /

27   / / /

28   / / /

THE RYAN FIRM
A Professional Corporation

**FIRST CLAIM**

**(Submission of False DMCA Notices, 17 U.S.C. § 512(f))**

**(Against All Defendants)**

35.     Plaintiff incorporates the allegations set forth in the preceding paragraphs as if fully set forth herein.

36.     On October 31, 2023, and November 3, 2023, Defendants filed a series of false DMCA notices that resulted in the improper "takedown" and/or deindexing of Plaintiff's webpages and caused irreparable harm to Plaintiff's business and reputation. Specifically, Defendants knowingly misrepresented in their DMCA notices that Source Capital is infringing on certain images and text being used by Defendant.

37.     Defendants knew their DMCA notices were false. They nonetheless filed them in bad faith against a competitor in an ill-conceived and transparent campaign to obstruct Source Capital's ability to market itself and obtain leads through online advertising, and thereby stifle competition.

38.     Defendants' filing of false DMCA notices violated § 512(f) of the DMCA, which provides in pertinent part: "[a]ny person who knowingly materially misrepresents under this section – (1) that material or activity is infringing . . . shall be liable for any damages, including costs and attorneys' fees, incurred by the alleged infringer, by any copyright owner or copyright owner's authorized licensee, or by a service provider, who is injured by such misrepresentation, as the result of the service provider relying upon such misrepresentation in removing or disabling access to the material or activity claimed to be infringing . . . ."

39.     As a direct response to Defendants' false and misrepresented DMCA claims, Google delisted and/or subsequently deindexed several of Source Capital's webpages from Google, in addition to Google compromising Source Capital's ability to market and drive traffic to its other webpages. As a result, Source Capital suffered irreparable harm to its reputation and further damage to its business.

/ / /

THE RYAN FIRM
A Professional Corporation

**THE RYAN FIRM**
A Professional Corporation

40.     As a result, Defendants' actions have proximately caused damage to Source Capital, including but not limited to lost profits, goodwill, monetary damage, damage to reputation, lost marketing expenses, in addition to attorney fees and punitive damages for the malicious conduct set forth herein.

**SECOND CLAIM**

**(Tortious Interference with Prospective Economic Advantage)**

**(Against Defendants Barrett and Does 1-10)**

41.     Plaintiff incorporates the allegations set forth in the preceding paragraphs as if fully set forth herein.

42.     Defendant Barrett has been engaging in false and deceptive advertising further aimed at stifling competition. Barrett misrepresents that it is a member of AAPL and the Arizona Commercial Mortgage Lenders Association. In addition, Barrett also claims that it is an "Accredited Business" with the Better Business Bureau, which is also false. These false representations about the various associations is a violation of 12 C.F.R. §1014.3(n).

43.     Source Capital is informed and believes, and thereon alleges, that Barrett, in addition to creating confusingly similarly named websites as Source Capital's and purloining Source Capital's banner, has falsely claimed to be affiliated with the above organizations because Source Capital is an Accredited Business with the BBB.

44.     Barrett knew or should have known of Plaintiff's business and economic relations with existing clients in the private money lending sector as the parties are competitors. Barrett is willfully committing intentional, malicious and wrongful acts to disrupt these potential users during the busiest quarter of the year.

45.     Barrett has committed and continues to commit such intentional, willful and malicious acts with the design of disrupting Plaintiff's business relations and reaping future economic benefit that would flow to Plaintiff, and such acts will cause damage to Plaintiff, including but not limited to lost profits and goodwill, monetary damage and

damage to reputation.  The acts complained of herein also entitle Source Capital to an award of punitive damages.

## THIRD CLAIM

### (Unfair Competition – California Business and Professions Code § 17200 et seq.)
### (Against Defendants Barrett and Does 1-10)

46.     Plaintiff incorporates the allegations set forth in the preceding paragraphs as if fully set forth herein.

47.     Defendant Barrett has been engaging in false and deceptive advertising further aimed at stifling competition. Barrett misrepresents that it is a member of AAPL and the Arizona Commercial Mortgage Lenders Association. In addition, Barrett also claims that it is an "Accredited Business" with the Better Business Bureau, which is also false. These false representations about the various associations is a violation of 12 C.F.R. §1014.3(n).

48.     Source Capital is informed and believes, and thereon alleges, that Barrett, in addition to creating confusingly similarly named websites as Source Capital's and purloining Source Capital's banner, has falsely claimed to be affiliated with the above organizations because Source Capital is an Accredited Business with the BBB.

49.     As a proximate result of the acts of Barrett as alleged herein, Plaintiff has suffered and will continue to suffer economic injury.

50.     Plaintiff has no adequate remedy at law for the acts of unfair competition as alleged herein. Unless the Court grants relief and enjoins Barrett from its false advertising, as set forth herein, Plaintiff, in addition to similarly situated companies and consumers will continue to suffer harm.

51.     Barrett's intentional and deceptive acts as alleged herein constitute acts of unfair competition in violation of the laws of the State of California and the laws and regulations of the United States.

/ / /

/ / /

THE RYAN FIRM
A Professional Corporation

COMPLAINT

1

THE RYAN FIRM
A Professional Corporation

**FOURTH CAUSE OF ACTION**

**(Declaratory Judgment – Declaratory Judgment Act, 28 U.S.C. § 2201)**

**(Against Defendants Barrett and Does 1-10)**

52.     Plaintiff incorporates the allegations set forth in the preceding paragraphs as if fully set forth herein.

53.     Plaintiff seeks a declaratory judgment pursuant to 28 U.S.C. § 2201 and Federal Rule of Civil Procedure, Rule 57 for the purpose of determining and adjudicating questions of actual and substantial controversy between parties having adverse legal interests of sufficient immediacy and reality to warrant the issuance of declaratory relief.

54.     There is a real and actual controversy between Source Capital Funding, Inc. and Barrett Financial Group, L.L.C. as to whether Plaintiff infringes on any alleged copyright belonging to Defendant.

55.     Specifically, Plaintiff claims that its banner ad does not infringe on any exclusive rights secured by the Copyright Act or any other state or federal law, including those laws prohibiting direct, contributory or vicarious infringement. Plaintiff's banner ads are protected by the First Amendment to the United States Constitution and the judicial decisions construing such laws, doctrines, and provisions, and the Fair Use Doctrine, codified at 17 U.S.C. § 107.  Further, Plaintiff created the works in question.

56.     Plaintiff is therefore entitled to a declaration and judgment that its banner ad does not infringe on any alleged copyright of Defendant Barrett, or any other exclusive rights that Defendant might assert under state or federal law.

**PRAYER FOR RELIEF**

WHEREFORE, Source Capital respectfully prays that the Court order the following relief:

1.     A declaratory judgment as set forth herein;

2.     An award of compensatory, consequential, statutory, and punitive damages in an amount to be determined at trial;

13

3.     An award of interest, costs and attorneys' fees incurred by Source Capital in prosecuting this action; and

4.     All other relief to which Source Capital is entitled.

DATED: March 6, 2023                         THE RYAN FIRM
                                             A Professional Corporation


                                             By:_____
                                                TIMOTHY M. RYAN
                                                ANDREW J. MASE
                                                MICHAEL W. STOLTZMAN JR.
                                                CHRIS S. PACETTI
                                                Attorneys for Plaintiff Source Capital
                                                Funding, Inc.

1

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, demand is hereby made for trial by jury on all issues triable to a jury.


DATED: March 6, 2023                    THE RYAN FIRM
                                        A Professional Corporation



By:  _____
     TIMOTHY M. RYAN
     ANDREW J. MASE
     MICHAEL W. STOLTZMAN JR.
     CHRIS S. PACETTI
     Attorneys for Plaintiff Source Capital
     Funding, Inc.

# EXHIBIT 1

# EXHIBIT 1



Search      Topics      Research and Media Mentions

About

🔍 Search all notices...                                                    Go

**DMCA (Copyright) Complaint to Google**

**SENDER**

Search Control
on behalf of **Hard Money
Lenders California**
[Private]
US

Sent on November 03, 2022
COUNTRY: US us

**RECIPIENT**

Google LLC
[Private]
Mountain View, CA, 94043, US

**SUBMITTER**

Google LLC

OTHER ENTITIES:   PRINCIPAL

# Re: Unknown

**NOTICE TYPE:**      DMCA

# Copyright claim 1

**KIND OF WORK:**      Unspecified

**DESCRIPTION**      Copyrighted text from our website (hardmoneylenderscalifornia.com) is
being infringed on the URL in question (hardmoneyfirst.com/caifornia-hard-
money-lender/). The 4 content boxes near the top of their page, beginning
with "Rates starting at 7.99%, up to 70% LTV..." are copied identically from
our website. The original copyrighted text can be found on our website's
homepage under the "Why Hard Money Lenders Arizona?" section.

**ORIGINAL URLS:**      01.  https://hardmoneylenderscalifornia.com/

**ALLEGEDLY
INFRINGING
URLS:**

01.  https://hardmoneyfirst.com/california-hard-money-lender/

**JURISDICTIONS**          US

**TOPICS**                                              **TAGS**
DMCA Notices, Copyright

(cc) 2017
Lumen               Spring '22 Research Sprint          Blog Archive          Legal          Licenses          Privacy

                                                                              Researchers          Sign In

EXHIBIT 2

EXHIBIT 2



Search     Topics     Research and Media Mentions

About

🔍 Search all notices...                                                    Go

## DMCA (Copyright) Complaint to Google

| SENDER | RECIPIENT | SUBMITTER |
|---|---|---|
| **Search Control** | **Google LLC** | **Google LLC** |
| on behalf of **Hard Money Lenders Arizona** | [Private] | |
| [Private] | Mountain View, CA, 94043, US | |
| US | | |

Sent on October 31, 2022
COUNTRY: US us

OTHER ENTITIES:   PRINCIPAL

# Re: Unknown

**NOTICE TYPE:**        DMCA

## Copyright claim 1

**KIND OF WORK:**       Unspecified

**DESCRIPTION**         Copyrighted text from our website (hardmoneylendersarizona.com) is being infringed on the URL in question (hardmoneyfirst.com/arizona-hard-money-lender/). The 4 content boxes near the top of their page, beginning with "Rates starting at 7.99%, up to 70% LTV..." are copied identically from our website. The original copyrighted can be found on our website's homepage under the "Why Hard Money Lenders Arizona?" section.

**ORIGINAL URLS:**      01.  www.hardmoneylendersarizona.com - 1 URL

**ALLEGEDLY INFRINGING URLS:**

01.  hardmoneyfirst.com - 1 URL

[Click here](#) to request access and see full URLs.

**JURISDICTIONS**    US

**TOPICS**

DMCA Notices, Copyright

**TAGS**

ⓒ 2017 Lumen

Spring '22 Research Sprint        Blog Archive        Legal        Licenses        Privacy

Researchers        Sign In

# EXHIBIT 3

# EXHIBIT 3



Search        Topics        Research and Media Mentions

About

🔍 Search all notices...                                                        Go

## DMCA (Copyright) Complaint to Google

**SENDER**

Search Control
on behalf of **Hard Money
Lenders Arizona**
[Private]
US

Sent on November 03, 2022
COUNTRY: US us

**RECIPIENT**

Google LLC

[Private]
Mountain View, CA, 94043, US

**SUBMITTER**

Google LLC

OTHER ENTITIES:   PRINCIPAL

## Re: Unknown

**NOTICE TYPE:**        DMCA

## Copyright claim 1

**KIND OF WORK:**       Unspecified

**DESCRIPTION**         Copyrighted text from our website (hardmoneylendersarizona.com) is being
infringed on the URL in question (hardmoneyfirst.com). The 4 content boxes
near the top of their page, beginning with "Rates starting at 7.99%, up to
70% LTV..." are copied identically from our website. The original copyrighted
text can be found on our website's homepage under the "Why Hard Money
Lenders Arizona?" section.

**ORIGINAL URLS:**      01.  hardmoneylendersarizona.com - 1 URL

**ALLEGEDLY**
**INFRINGING**
**URLS:**

01. hardmoneyfirst.com - 1 URL

Click here to request access and see full URLs.

**JURISDICTIONS**        US

**TOPICS**                                              **TAGS**
DMCA Notices, Copyright

ⓒⓒ 2017         Spring '22 Research Sprint        Blog Archive        Legal        Licenses        Privacy
Lumen

                                                                          Researchers        Sign In